Tihanne K. Mar-Shall, OSB #224504
Assistant Federal Public Defender
Email: Tihanne_Mar-shall@fd.org
Peyton Lee, OSB #164224
Assistant Federal Public Defender
Email: Peyton_Lee@fd.org
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SELVA DELANO MUDALIAR,<br><br>Defendant. | Case No. 3:24-cr-00340-MO<br><br>DEFENDANT'S TRIAL MEMORANDUM |

Defendant Selva Delano Mudaliar, through his attorneys, Peyton Lee and Tihanne K. Mar-Shall, respectfully submits Defendant's Trial Memorandum.

Mr. Mudaliar waived his arraignment. He has remained in custody while he awaits trial. A pretrial conference is scheduled for October 21, 2026. The jury trial is scheduled to begin on November 2, 2026.

## I. ALLEGATIONS

The grand jury returned an indictment on September 10, 2024, charging Mr. Mudaliar with one Count of Sex Trafficking by Force, Fraud, or Coercion in violation of 18 U.S.C. § 1591(a)(1) and one Count of Transporting an Individual to Engage in Prostitution in violation of 18 U.S.C. § 2421(a). The indictment refers to a single incident from December 3, 2021, during which Mr. Mudaliar is alleged to have transported and forced Adult Victim 1 (AV1) to engage in sex trafficking.

## II. STATEMENT OF THE CASE

Mr. Selva requests leave to present his defense at trial. Mr. Mudaliar will contest the government's ability to prove the charge beyond a reasonable doubt and will argue that he is innocent of the charges.

## III. VOIR DIRE

Mr. Mudaliar has filed two pleadings related to jury selection:

(1) Defendant's Motions Regarding Jury Selection Process

- a. Motion for Jury Questionnaire and Proposed Questionnaire
- b. Motion for Extended Voir Dire by Defense Counsel
- c. Motion to Ensure Post-Challenge Questioning of Prospective Juror be Limited to Asking the Juror to Clarify Their Statements or Opinions; and
- d. Motion for Court to Play Implicit Bias Training Video for Jurors

(2) Proposed Voir Dire Questions for the Court

## IV. PROPOSED JURY INSTRUCTIONS

Mr. Mudaliar separately files his proposed jury instructions and a memorandum in support of the instructions proposed.

## V. MOTIONS IN LIMINE

Mr. Mudaliar separately files his motions in limine for this Court's consideration. Each is a request for the Court to rule in advance to prelude evidence described in the discovery that the government might seek to introduce, but to which Mr. Mudaliar objects as irrelevant, inadmissible, and/or overly prejudicial.

(1) Motion to Prohibit All Prejudicial, Inflammatory, and Conclusory Language

(2) Motion to Preclude 404(b) Evidence

(3) Motion to Limit Discussion of Assault, Strangulation and Kidnapping allegations

(4) Motion to Preclude Evidence of Flight

(5) Motino to Preclude Evidence Based on Speculation

(6) Motion to Exclude Witnesses from the Courtroom

(7) Motion to Preclude All Evidence Not Previously Disclosed to Defense

## VI. OTHER DEFENSE MOTIONS

In addition to motions in limine, Mr. Mudaliar also separately files other substantive motions. Those motions include:

(1) Motion to Dismiss for Violations of *Brady* and Due Process Protections Act

(2) Notice of evidence under FRE 412

## VII. EXPERT TESTIMONY

At the time of filing this Memorandum, the defense has given notice of one expert witness, ECF 41. The defense reserves the right to object and/or notice rebuttal expert testimony of the government's expert witnesses.

## VIII. CONCLUSION

The government's trial filings and the evidence adduced at trial may necessitate additional or supplemental pleadings or defense requests. Thus, Mr. Mudaliar respectfully reserves his right to do so as more information is learned about his case and in order to better preserve his right to a fair trial and to present a complete defense.

Dated: October 9, 2026.

*/s/ Tihanne K. Mar-Shall*
Tihanne K. Mar-Shall, OSB #22450

*/s/ Peyton Lee*
Peyton Lee, OSB #164224

Attorneys for Defendant